## Ditz *ads*. Butler and others.

*Ejectment.* THE *Att. Gen.* on affidavit that Butler one of the leſſors of the plaintiff is dead, and was ſo when the ſuit was inſtituted, now moves, previous to joining in the conſent rule, to have the firſt and ſecond count, in which he is averred to be the leſſor, ſtruck out of the declaration.

*Riggs contra.* It does not appear certainly that this Butler who is alledged to be dead, and the leſſor of the plaintiff, are the ſame perſon ; but were it ſo, yet he may have been competent to demiſe before his death.

*Harriſon* in reply. If the plaintiff will not produce his leſſor, or give ſome account of him, the Court ought to lay their hands on the cauſe. The leſſor being dead no one is anſwerable for coſts. Beſides, this is a mode of trying a title againſt a man's will, or trying the title of a dead man.

*Per Curiam.* Here is evidence ſufficient to caſt the burden of proof upon the plaintiff to ſhew that his leſſor is alive, and as he has not done ſo, we are all of opinion the demiſes by Butler be ſtruck out. We are further of opinion that this is the proper time and manner of making the application.